4

600 A.2d 1255

**Mack WIMBERLY, Jr., Minor by Parents and Natural Guardians, Mack WIMBERLY, Sr. and Bernice Wimberly**

v.

**Ronald D. ELLIS, M.D., and Children's Hospital of Philadelphia (at No. 211), and Philip D. Alburger, M.D., and St. Christopher's Hospital for Children (at No. 212).**

**Appeals of Ronald D. ELLIS, M.D.**

Supreme Court of Pennsylvania.

Argued Dec. 3, 1991.

Decided Jan. 10, 1992.

Pauline C. Scalvino, James A. Young, Philadelphia, for appellant.

David Perry, Sherryl Perry, Philadelphia, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

## ORDER

PER CURIAM:

Appeals dismissed as having been improvidently granted.